## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MEYERS DIVISION

| | |
|---|---|
| *In re Target Corp. Securities Class Action Litigation* | Lead Case No. 2:25-cv-00135-JLB-KCD |
| *In re Target Corp. Shareholder Derivative Litigation* | Lead Case No. 2:25-cv-00021-JLB-KCD |

## DECLARATION OF DANIEL TEPPER, ESQ. IN OPPOSITION TO DEFENDANTS' OMNIBUS MOTION TO TRANSFER

I, Daniel Tepper, declare as follows:

1.      I am a partner at the law firm of Levi & Korsinsky, LLP. My firm is Court-appointed Co-Lead Counsel to Plaintiffs (the "**Derivative Plaintiffs**") in the above-captioned *In re Target Shareholder Derivative Litigation* (the "**Derivative Action**"). I have personal knowledge of the facts set forth herein and, if called upon to testify, I could and would testify competently thereto.

2.      On July 1, 2025,  Andrew Ranacis, a purported stockholder of Target Corp. ("**Target**"), commenced a stockholder derivative action in the United States District Court for the District of Minnesota captioned *Ranacis v. Cornell et al.*, Case

1

No. 0:25-cv-02743-NEB-SGE (D. Minn) concerning substantially the same alleged wrongdoing by the same defendants as in the Derivative Action.

3.     On August 1, 2025, I conferred with defense counsel in *Ranacis* (who is also defense counsel in the Derivative Action and the related above-captioned securities class action) concerning Derivative Plaintiffs' intention to shortly move to intervene in *Ranacis* and request: (*i*) dismissal of *Ranacis* without prejudice; (*ii*) transfer of *Ranacis* to the Middle District of Florida, or (*iii*) staying *Ranacis* in favor of the Derivative Action (the "**Motion to Intervene**"). Defense counsel informed me that defendants opposed such relief.

4.     On August 4, 2025, I conferred with plaintiff Ranacis's counsel concerning our planned Motion to Intervene. Later that day, counsel to plaintiff Ranacis informed me that: (*i*) plaintiff Ranacis will voluntarily dismiss his action, and (*ii*) they will confer with defense counsel the next day. Based on the foregoing, my colleagues and I determined that filing the Motion to Intervene would needlessly burden the Minnesota court as the motion would be shortly rendered moot.

5.     On August 5, 2025, plaintiff Ranacis's counsel informed me that they had conferred with defense counsel about the voluntary dismissal of *Ranacis* and that defense counsel stated they would confer with their clients about their position.

6.     On August 8, 2025, having received no further information, I e-mailed defense counsel directly (with a copy to all plaintiffs' counsel in the Derivative

Action and the related above-captioned securities class action) to ask about their position regarding plaintiff Ranacis's voluntary dismissal of his action. A true and correct copy of my e-mail is attached as **Exhibit A**. There was no bounceback or notification of any problem with delivery.

      7.    To date, defense counsel has neither acknowledged nor responded to my correspondence.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of August in Westchester County, New York.

Daniel Tepper

# Exhibit A

| From: | Daniel Tepper |
|---|---|
| To: | Rodney, Alexander; Goldstein, Sandra C.; Rae, Jacob M.; Grolig, Ashley P.; traci.mckee@faegredrinker.com |
| Cc: | jberry@boydengray.com; Jason@lawsonhuckgonzalez.com; gene.hamilton@aflegal.org; jeisenhofer@gelaw.com; cmoyna@gelaw.com; vpontrello@gelaw.com; Vincent Licata; Leah Wihtelin; cbrain@gme-law.com; Gregory Nespole; Correy Suk; Joseph E. Levi; TJMcKenna@gme-law.com; egleston@gme-law.com; Seth D. Rigrodsky |
| Subject: | Target - Voluntary Dismissal of Minn. Derivative Action |
| Date: | Friday, August 8, 2025 11:01:00 AM |

Alex,

We understand that plaintiff in the Minnesota Target derivative action (*Ranacis v. Cornell,* No. 25-02743, D. Minn.) intends to voluntarily dismiss his case but has not heard back from Defendants about whether they will consent.

Please advise us of your clients' position as soon as possible so that we may address it in the opposition to your motion to transfer the Florida Target actions, which is due next Friday.

I have copied all plaintiffs' counsel in the Target consolidated securities action so that everyone will have the same information. All rights are reserved and none are waived. Thanks,

Daniel Tepper
Partner
LEVI&KORSINSKY LLP
33 Whitehall Street, 27th Floor
New York, New York 10004
Main: (212) 363-7500 • Direct: (646) 565-3570 • Mobile: (917) 202-5691
dtepper@zlk.com | www.zlk.com