UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MEYERS DIVISION

| | |
|---|---|
| *In re Target Corp. Securities Class Action Litigation* | Lead Case No. 2:25-cv-00135-JLB-KCD |
| *In re Target Corp. Shareholder Derivative Litigation* | Lead Case No. 2:25-cv-00021-JLB-KCD |

**DERIVATIVE PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY
IN FURTHER SUPPORT OF THEIR OMNIBUS MOTION TO TRANSFER**

Defendants' Motion for Leave to File a Reply in Further Support of their Omnibus Motion to Transfer is inappropriate and without merit, at least as to this derivative action.

*First*, the place and time to argue the standard for demand futility, the elements of a breach of fiduciary duty, and Derivative Plaintiffs' adequacy is on a motion to dismiss. ECF No. 57 at 2-3 & n.3.

*Second*, Derivative Plaintiffs' arguments concerning the first-filed rule were foreseeable and the Court is capable of applying it without the need for further briefing. *Id.* at 3.

***Third***, Defendants violate Local Rule 3.01(d) by including substantive argument in their motion for leave for a reply. *See United States v. Valencia-Trujillo*, 462 Fed. Appx. 894, 2012 U.S. App. LEXIS 5831 (11th Cir. Fla. 2012) (denying request because "[a] party may ask the district court for leave to file a reply, but when filed, that request cannot include the proposed reply.").

***Fourth****,* leave for reply should be denied because this matter has been extensively briefed, including by virtue of Defendants' prior motion to transfer the related securities action (*Craig*). *See Scoma Chiropractic, P.A. v. Dental Equities, LLC*, 2022 U.S. Dist. LEXIS 23427 (M.D. Fla.) (Hon. John L. Badalamenti) (denying leave to reply because the matter was "extensively briefed.")

Accordingly, Defendants' motion should be denied in its entirety.

Dated: August 19, 2025

**COOK LAW, P.A.**

/s/ *William J. Cook*
William J. Cook
610 East Zack Street, Suite 505
Tampa, FL  33602
(813) 489-1001

*Liaison Counsel for Derivative Plaintiffs*

**RIGRODKSY LAW, P.A.**
Seth D. Rigrodsky (*pro hac vice*)
Vincent A. Licata (*pro hac vice*)
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
sdr@rl-legal.com
vl@rl-legal.com

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole (*pro hac vice*)
Daniel Tepper (*pro hac vice*)
Correy A. Suk (*pro hac vice*)
33 Whitehall Street, 27th Floor
New York, NY 10004
(212) 363-7500
dtepper@zlk.com
csuk@zlk.com
gnespole@zlk.com

*Co-Lead Counsel for Derivative Plaintiffs*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna (*pro hac vice*)
Gregory M. Egleston (*pro hac vice*)
260 Madison Avenue, 22nd Floor
New York, NY 10016
(212) 983-1300
tjmckenna@gme-law.com
egleston@gme-law.com

*Additional Counsel for Derivative Plaintiffs*

**GRABAR LAW OFFICE**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Facsimile: (267) 507-6048
jgrabar@grabarlaw.com

*Additional Counsel for Derivative Plaintiff McCollum*

Case 2:25-cv-00021-JLB-KCD    Document 59    Filed 08/19/25    Page 4 of 4 PageID 844

Case 2:25-cv-00021-JLB-KCD    Document 59    Filed 08/19/25    Page 4 of 4 PageID 844