**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

|  |  |
|---|---|
| *In re Target Corp. Shareholder Derivative Litigation* | Case No. 2:25-cv-00021-JLB-KCD |

**UNOPPOSED TIME-SENSITIVE MOTION TO STAY DEADLINES**

Plaintiffs, by and through the undersigned counsel, hereby move for a stay of all deadlines pending resolution of Target's and Defendants' motion to transfer (ECF No. 51), currently pending before the Court.

**NATURE OF EXIGENCY**

This motion is time-sensitive because the requested relief bears on whether Plaintiffs will oppose Target and Defendants' pending Motion to Stay or, in the Alternative Dismiss (ECF No. 61, the "Responsive Motion"). Plaintiffs' deadline to do so is currently September 10, 2025.  Accordingly, Plaintiffs respectfully request the Court rule on this Motion by September 3, 2025.

**GROUNDS FOR GRANTING RELIEF**

In support of this Motion, Plaintiffs state as follows:

1.      On July 16, 2025, the Court consolidated three separately filed derivative actions into the above-captioned action.  ECF No. 48.  The Court further directed that Plaintiffs file any amended complaint within 14 days of consolidation and that Defendants respond to the operative complaint on or before August 20, 2025.  *Id.*

2. On July 30, 2025, Plaintiffs filed an amended complaint (the "Amended Complaint"). ECF No. 49.

3. On August 1, 2025, Target and Defendants filed an omnibus motion to transfer the above-captioned action and the factually related securities action also pending in this Court captioned *In re Target Corp. Securities Class Action Litigation*, 2:25-cv-00135-JLB-KCD (M.D. Fla.) to the United States District Court of the District of Minnesota (the "Transfer Motion"). Plaintiffs opposed the Transfer Motion on August 15, 2025. ECF No. 56. Briefing on the Transfer Motion is scheduled to be complete by September 9, 2025. ECF No. 64.

4. On August 20, 2025, in accordance with the Court's July 16 order, Target and Defendants filed their Responsive Motion. ECF No. 61. Pursuant to Local Rule 3.01(c), Plaintiffs have 21 days— until September 10—to respond to the motion.

5. In light of the pending Transfer Motion, the Parties agree that the interests of preserving the Parties' and the Court's resources, and efficient and effective case management, would be best served by Defendants withdrawing their Responsive Motion without prejudice to their ability to refile any motions in response to the Amended Complaint and staying and resetting the deadlines for those motions until after the Court rules on the Transfer Motion.

**WHEREFORE,** Plaintiffs respectfully request that the Court enter an order pursuant to the following terms:

(i) Target's and Defendants' Motion to Stay or, in the Alternative Dismiss filed on August 20, 2025 (ECF No. 61) shall be deemed withdrawn without prejudice to

2

their ability to re-file any motions in response to the Amended Complaint following the Court's decision on the Transfer Motion.

(ii) For the avoidance of doubt, Plaintiffs shall not be required to respond to the withdrawn Responsive Motion.

(iii) The deadlines for any motions in response to the Amended Complaint shall be stayed until resolution of the Transfer Motion currently pending before the Court and reset after resolution of the Transfer Motion.

(iv) Should the Court grant Target's and Defendants' Transfer Motion, the transferee court shall determine the briefing schedule of any responsive motions to the Amended Complaint.

(v) Should the Court deny Target's and Defendants' Transfer Motion, the Parties will meet and confer within 14 days and file with the Court a proposed briefing schedule for any responsive motions to the Amended Complaint, including a deadline for Target and Defendants to re-file any responsive motions and for Plaintiffs to file any responses to those motions.

(vi) Nothing herein shall be deemed to constitute a waiver of any other rights, defenses, objections, or any other application to any court that any party may have.

## CERTIFICATION UNDER LOCAL RULE 3.01(g)(2)

Pursuant to Local Rule 3.01(g)(2), Plaintiffs certify that they have conferred with Target and Defendants regarding the relief requested herein and all parties consent to the filing of this joint motion.

Date: August 27, 2025

Thomas J. McKenna (*pro hac vice*)
Gregory M. Egleston (*pro hac vice*)
**GAINEY McKENNA & EGLESTON**
260 Madison Ave., 22nd Floor
New York, NY 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

Joshua H. Grabar
**GRABAR LAW OFFICE**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6048
jgrabar@grabarlaw.com

*Additional Counsel for Plaintiffs*

Respectfully submitted,

By: */s/ William J. Cook*
William J. Cook
610 East Zack Street, Suite 505
Tampa, FL 33602
Telephone: (813) 489-1001

*Liaison Counsel for Plaintiffs*

Seth D. Rigrodsky (*pro hac vice*)
Vincent A. Licata (*pro hac vice*)
**RIGRODSKY LAW, P.A.**
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
sdr@rl-legal.com
vl@rl-legal.com

Gregory M. Nespole (*pro hac vice*)
Daniel Tepper (*pro hac vice*)
Correy A. Suk (*pro hac vice*)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
dtepper@zlk.com
csuk@zlk.com
gnespole@zlk.com

*Co-Lead Counsel for Plaintiffs*